UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

        Plaintiff,

against

BATTERY BBQ LLC,

        Defendant.

CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's answer to the complaint was due by February 18, 2020. (ECF No. 6). Thirty days have passed since Defendant's failure to answer the complaint. Plaintiff is directed to file a letter stating how he plans to move this case forward by **Thursday, March 26, 2020**.

Dated:    New York, New York
           March 19, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge