UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

                          Plaintiff,

          against                                          CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

BATTERY BBQ LLC,                                                    **ORDER**

                          Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.


On May 29, 2020, the Clerk of Court issued a Certificate of Default against Defendant (ECF

No. 15), but Plaintiff has yet to move for a default judgment.  Plaintiff is directed to file a letter

by **Friday, July 10, 2020**, explaining his delay and specifying how intends to move this case

forward.



Dated:          New York, New York
                July 6, 2020

                                          SO ORDERED


                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**