UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

                Plaintiff,

  against

BATTERY BBQ LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 10, 2020, Defendant was granted an extension of time to file an answer to the complaint by August 7, 2020.  (ECF NO. 20).  Defendant has not filed an answer.  Defendant is directed to file a letter explaining its failure to comply with the Court's Order by **Wednesday, August 12, 2020**.

Dated:    New York, New York
            August 10, 2020

                                              SO ORDERED

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**