UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

           Plaintiff,

against

BATTERY BBQ LLC,

           Defendant.

CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In preparation for the Initial Case Management Conference scheduled for September 16, 2020, the parties were ordered to file their proposed case management plan by September 9, 2020. They failed to do so. The parties are ORDERED to file their proposed case management plan by **close of business tomorrow, September 11, 2020**.

Dated:     New York, New York
            September 10, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge