UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

              Plaintiff,

against

BATTERY BBQ LLC,

              Defendant.

CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

An Initial Case Management Conference was held today, September 16, 2020. The parties are directed to file by **Thursday, October 15, 2020,** a joint letter stating whether they would like a Settlement Conference with the Court.

Dated:      New York, New York
              September 16, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge