UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

                       Plaintiff,

  against

BATTERY BBQ LLC,

                       Defendant.

CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were ordered to file by October 15, 2020 a joint letter stating whether they would like a Settlement Conference with the Court ("Joint Letter").  (ECF No. 28).  The parties did not comply.  By **Thursday, October 22, 2020**, the parties shall submit the Joint Letter.

Dated:       New York, New York
                October 19, 2020

                                                    SO ORDERED

                                                    _/s/ Sarah L. Cave_

                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**