UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

               Plaintiff,

-v-

BATTERY BBQ LLC,

               Defendant.

CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Under the Case Management Plan & Scheduling Order, the parties were directed to file a joint letter by February 25, 2021 certifying that expert discovery was complete and stating which dispositive motions, if any, each party intended to file.  (ECF No. 27 at 4).  The parties did not do so.

Accordingly, by **Monday, August 9, 2021**, the parties shall file a joint status report.

Dated:      New York, New York
             August 2, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**