UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

           Plaintiff,

-v-

BATTERY BBQ LLC,

           Defendant.

CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Under the Case Management Plan & Scheduling Order, the parties were directed to file a joint letter by February 25, 2021 certifying that expert discovery was complete and stating which dispositive motions, if any, each party intended to file. (ECF No. 27 at 4). The parties did not do so. On August 2, 2021, the Court ordered the parties to file a joint status report by no later than August 9, 2021. (ECF No. 33). The parties failed to comply with that Order. The Court EXTENDS the parties' deadline to file a joint status report nunc pro tunc to **Monday, August 16, 2021**. **Failure to comply with this Order may result in the imposition of sanctions. See Fed. R. Civ. P. 37(b).**

Dated:    New York, New York
             August 10, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**