UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

                Plaintiff,

-v-

BATTERY BBQ LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 335 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties reported that they have reached a settlement in principle. (ECF No. 35). Accordingly, on August 17, 2021, the Court directed that the parties file a stipulation of dismissal for review by the Honorable Paul A. Engelmayer by September 16, 2021 (the "Stipulation of Dismissal"). (ECF No. 36). The parties have not complied with the Court's Order, nor have they filed a letter-motion requesting an extension of this deadline.

As a courtesy, the Court extends the deadline for the parties to file the Stipulation of Dismissal nunc pro tunc to **Friday, October 8, 2021**.

Dated:    New York, New York
            October 1, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**