UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, for himself and on behalf of all other persons similarly situated,

    Plaintiff,

—against—

BATTERY BBQ LLC,

    Defendant.

20 CV 335 (PAE) (SLC)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees.

Dated: New York, New York
October 8, 2021

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

HELBRAUN LEVEY LLP

By: _____
Lee N. Jacobs
lee@helbraunlevey.com
40 Fulton Street, Fifth Floor
New York, NY 10038
Facsimile: (212) 226-7554
**ATTORNEYS FOR DEFENDANT**

Dated: New York, New York

October 8, 2021

**So ordered.**

_____
Paul A. Engelmayer,
United States District Judge

Dated: New York, New York

10/14/2021

2